**PRESBYTERIAN CHURCH OF CHESTNUT HILL,**
Respondent

v.

**Rev. Dr. Sandra M. THOMAS,**
Petitioner.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2014, the Emergency Motion to Seal the Record is hereby GRANTED and the Petition for Allowance of Appeal is **DENIED.**